FILED02 JUN '11 10:51USDC-ORP



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | No. CR'11-223-HA |
|---|---|
| v. | INFORMATION IN JUVENILE PROCEEDING |
| NATHAN J. (Juvenile Male), | |
| Defendant. | 18 U.S.C. § 1153<br>18 U.S.C. § 2244(a)(1)<br>18 U.S.C. § 5032, et seq. |
| | *** UNDER SEAL *** |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1:
[Abusive Sexual Contact]

On or about May 10, 2010, in the District of Oregon, in Indian Country and on the Confederated Tribes of Warm Springs Indian Reservation, and within the special maritime and territorial jurisdiction of the United States, defendant **NATHAN J. (Juvenile Male)**, an Indian male who was 17 years old at that time, did commit a crime which if committed by an adult would be a felony, that is:

/ / / /

Page 1  –  INFORMATION IN JUVENILE PROCEEDING

    a.    **NATHAN J.** did knowingly engage in sexual contact with C.Y., an Indian female, by intentionally causing his penis to directly touch the anus of C.Y., by using force against C.Y., and against the consent of C.Y., and with an intent to arouse and gratify defendant's own sexual desire; all in violation of 18 U.S.C. §§ 1153, 2244(a)(1), and 5032, et seq.

DATED this 2 day of June, 2011.

                                 DWIGHT C. HOLTON
                                 United States Attorney

                                 CRAIG J. GABRIEL, OSB#012571
                                 Assistant United States Attorney