IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION


**UNDER SEAL**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. CR'11-223-HA |
| v. | |
| **NATHAN J. (JUVENILE MALE),** | **AFFIDAVIT IN SUPPORT OF INFORMATION AND ARREST WARRANT** |
| **Defendant.** | ***UNDER SEAL*** |

STATE OF OREGON          )
                         ) ss.
COUNTY OF MULTNOMAH      )

## AFFIDAVIT

I, RONALD L. GREGORY, being duly sworn, depose and state the following:

1.  I am a Detective with the Warm Springs Police Department assigned to the Federal Bureau of Investigation (FBI) Task Force, United States Department of Justice. I am currently assigned to the Detective Division of the Warm Springs Police Department, Warm Springs, Oregon, and I have been so employed since November 2008. Prior to this assignment, I was employed as a Patrol Officer with the Warm Springs Police Department, employed as such since March 2008. I have previous experience as a sworn Patrol Officer and Reserve Police Officer with the Redmond Police Department, Redmond, Oregon, since February 2006. As such, I am a law

1

enforcement officer certified by the State of Oregon, and the Confederated Tribes of the Warm Springs Reservation of Oregon. Further, as an FBI Task Force officer I am deputized with authority to seek and execute arrest and search warrants supporting a federal task force. As such I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2244(a)(1) for abusive sexual contact.

2.  This affidavit it submitted in support of an Information in Juvenile Proceeding, charging Nathan J. (Juvenile Male) with abusive sexual contact in violation of 18 U.S.C. §§ 1153, 2244(a)(1), and 5032, et seq. The full name of "Nathan J." is NATHAN JOSEPH QUETON CRAIG, born February 21, 1993.

3.  On May 10, 2010, at approximately 9:04 p.m., Police Officers from the Warm Springs Tribal Police Department were dispatched to 6386 Salmon Drive in the Sunnyside area of the Warm Springs Indian Reservation, in the District of Oregon. The Police were dispatched to the above-mentioned address following a 911 call reporting a rape of an 18 year-old female by a 17 year-old male.

4.  The 18 year-old Indian female, C.Y., provided information regarding the rape at 6386 Salmon Drive, and she identified the perpetrator as NATHAN JOSEPH QUETON CRAIG, an Indian male who was then 17 years old. C.Y. stated to the police that CRAIG attempted to force her to perform oral sex on him, then he forcibly licked her left breast, and then he forcibly pulled down her pants and underwear. C.Y. said that
////

CRAIG then forcibly made direct contact with her vagina and anus with his penis, all without the consent of C.Y.

5. C.Y. stated that her niece knocked on the bedroom door where the abusive sexual contact was taking place. When he heard the knock on the door, CRAIG fled to a closet, which allowed C.Y. to escape and report CRAIG's sexual assault.

6. C.Y. said that CRAIG had a bloody nose during the incident. During their investigation, police recovered bloody items from C.Y.'s clothing, from the bed on which the sexual assault took place, and from the closet where CRAIG hid. Oregon State Police have verified through DNA testing that the blood on those items came from CRAIG.

7. Additionally, C.Y. was taken to St. Charles Medical Center in Bend, Oregon, for a Sexual Assault Examination following the incident with CRAIG. During the examination, DNA swabs were taken from C.Y.'s body and submitted to the Oregon State Police Forensic Laboratory. Subsequent analysis by the Oregon State Police determined that a swab taken from C.Y.'s left breast contained DNA from CRAIG.

8. On May 11, 2010, at approximately 2:25 a.m., a Warm Springs Tribal Police Officer located CRAIG at 1713 Foster Street. Foster Street is a road located in the West Hills area of the Warm Springs Indian Reservation. CRAIG initially provided a false name to the Officer. The Officer later positively identified CRAIG and arrested him. At the time of arrest, Officers noticed that CRAIG had dried blood around his nose.
////

9. CRAIG is currently incarcerated in the Warm Springs Correctional Facility in Warm Springs, Oregon, for violations of Warm Springs Tribal Code related to this May 10, 2010 incident of sexual assault against C.Y.

10. Based upon the above information, this affiant believes there is probable cause to issue a warrant for the arrest of NATHAN JOSEPH QUETON CRAIG for violation of 18 U.S.C. §§ 1153, 2244(a)(1), and 5032, et seq. This affidavit only sets forth facts sufficient to establish probable cause and is not intended to be an exhaustive recitation of the facts known to the affiant regarding this investigation.

11. This affidavit, the accompanying Information, and the requested warrant were reviewed by Assistant United States Attorney Craig Gabriel prior to their presentation to the Court. AUSA Gabriel believes the affidavit and Information are legally and factually sufficient to support the issuance of the requested warrant.

_____
RONALD L. GREGORY
FBI Task Force / Special Deputy – U.S. Marshal
Warm Springs Police Department

Subscribed and sworn to before me this ___2___ day of June, 2011.

_____
HONORABLE JOHN JELDERKS
United States Magistrate Judge