IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-223-HA |
| v. | **SUPERSEDING INFORMATION** |
| NATHAN JOSEPH QUETON CRAIG, | 18 U.S.C. § 1153 |
| Defendant. | 18 U.S.C. § 2244(a)(1) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

(Abusive Sexual Contact)

On or about May 10, 2010, in the District of Oregon, in Indian Country and on the Confederated Tribes of Warm Springs Indian Reservation, and within the special maritime and territorial jurisdiction of the United States, defendant **NATHAN JOSEPH QUETON CRAIG**, an Indian male, did knowingly engage in sexual contact with C.Y., an Indian female, by intentionally causing his penis to directly touch the anus of C.Y., by using force against C.Y., and against the consent of C.Y., and with an intent to arouse and gratify defendant's own sexual desire; all in violation of 18 U.S.C. §§ 1153, 2244(a)(1)

DATED this 14th day of July, 2011.

DWIGHT C. HOLTON
United States Attorney
District of Oregon

_____
CRAIG J. GABRIEL, OSB# 012571
Assistant United States Attorney