Celia Howes, OSB #03345
HOEVET BOISE & OLSON, P.C.
1000 S.W. Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: chowes@hoevet-boise.com
   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATHAN JOSEPH CRAIG,<br><br>　　　　　Defendant. | Case No. CR 11-223-HA<br><br>WAIVER: UNDER INTERSTATE AGREEMENT ON DETAINERS 18 U.S.C. APP.2 |

　　The defendant is in temporary custody of the United States because of criminal charges in the above-entitled case.

　　In the event a trial is not had on these charges prior to the defendant's return to tribal custody, the charges must be dismissed with prejudice pursuant to Article IV(e) of the Interstate Agreement on Detainers (18 U.S.C. App 2).

　　The defendant, being advised of the right under Article IV(e) to remain in federal custody pending disposition of the charges in this case, waives this right and hereby requests to be returned to tribal custody.

DATED this 25 day of July, 2011.

_____
Nathan J. Craig

_____
Celia Howes, OSB# 033450
Attorney for Nathan Craig

PAGE 1 - WAIVER: UNDER INTERSTATE AGREEMENT ON DETAINERS

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112